UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROOR INTERNATIONAL BV, SREAM, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 1:18-cv-04039-SEB-DML<br>) |
| BEN JAMMIN'S INC, BRAD HOLMES, | )<br>)<br>) |
| Defendants. | ) |

## **ORDER**

By order dated October 1, 2019, Magistrate Judge Debra McVicker Lynch recommended that Plaintiffs' complaint against Defendant Brad Holmes be dismissed for failure to prosecute their claims. The Magistrate Judge noted that on September 16, 2019, the Court issued an Order to Show Cause. The Plaintiffs were ordered to show cause by September 27, 2019, why the complaint against Defendant Brad Holmes should not be dismissed for failure to serve Defendant Brad Holmes within 90 days of its filing. To date, Plaintiffs have not responded to the order to show cause. Plaintiff was advised that failure to comply with this Court's *Show Cause Order* would result in this Magistrate Judge's recommendation to the District Court that the complaint against Defendant Brad Holmes be dismissed for failure of the Plaintiffs to prosecute their claims, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly, Plaintiffs' complaint against Defendant Brad Holmes is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED

Date: 10/22/2019

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jonathan G. Chance
JC LAW OFFICES
jc@jc-law.com

Nathan A. Dewan
JACKSON KELLY PLLC (Evansville)
nathan.dewan@jacksonkelly.com

Angela L. Freel
JACKSON KELLY PLLC
alfreel@jacksonkelly.com

George Christos Lepeniotis
LEE GROVES & ZALAS
gcl@lgzlegal.com

Clint Anthony Zalas
LEE, GROVES & ZALAS
cazalas@lgzlegal.com